UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KATIE STILES, individually and as
personal administrator of the Estate
of Bradley L. Norris, deceased,**

    **Plaintiff,**

**v.**                                                                    Case No: 8:12-CV-2375-T-27EAJ

**SHERIFF GRADY JUDD, et al.,**

    **Defendants.**
_____/

## ORDER

Before the Court is Plaintiff Katie Stiles' **Emergency Motion to Compel Expert Deposition Dates from Defendants**. (Dkt. 107)

Fore the reasons stated at the hearing, the motion is **DENIED without prejudice**.

**DONE AND ORDERED** in Tampa, Florida on this 14th day of March, 2014.

ELIZABETH A JENKINS
United States Magistrate Judge