UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Katie Stiles, individually and as
personal administrator of the
Estate of Bradley L. Norris, deceased,

Plaintiff,

v.

Sheriff Grady Judd, Sheriff of
Polk County, Florida;
Correctional Medical Services, Inc.,
(n/k/a Corizon, Inc.) a Missouri corporation;
and
Timothy M. McRae, M.D.,

Defendants.

Case No. 8:12-cv-2375-T-27EAJ

## PLAINTIFF'S PETITION FOR APPROVAL OF SETTLEMENT AND ALLOCATION

COMES NOW, Plaintiff Katie Stiles, individually and as personal administrator of the Estate of Bradley L. Norris, deceased, and pursuant to §744.301 and §744.387, Florida Statutes, and petitions this Honorable Court for an Order Approving Settlement and Allocation and, in support thereof, states as follows:

1.     Petitioner is the personal representative of the above estate, Letters of Administration having been issued on June 8, 2012.

2.     The Decedent passed away on November 3, 2010.  The Decedent was survived by his wife, Katie Stiles, his father, Richard Norris, and his minor son, M.N.

3.     A lawsuit was filed by the personal representative on behalf of the estate and all survivors against the Defendants based on different theories of recovery.

4.     The personal representative has agreed, subject to approval of this Court, on settlement of all claims against Defendant Sheriff Grady Judd, Sheriff of Polk County, Florida, in the gross sum of ███████████████████████ ) and against Defendant Correctional Medical Services, Inc., in the gross sum of ███████████████████████████ ██████████ ).

1

5.     The personal representative has contracted to pay attorneys' fees and costs.

6.     The personal representative proposes a distribution of the proceeds of this settlement on the following basis:

Gross Settlement:                              ██████████

Less Attorneys' Fees:                          ████████)

Less Attorneys' Costs:                         ██████████

Less Liens to Estate:                          ████████

Net Recovery to Be Allocated to Survivors:     ████████

      70% allocation to M.N., minor son -          ████████

      20% allocation to Katie Stiles, wife -       ████████

      10% allocation to Richard Norris, father -   ███████

7.     The balance of any monies held for payment of liens or delayed cost deposit, if any, shall be distributed in the same manner as reflected above.

8.     The personal representative believes it is in the best interest of the Estate, the beneficiaries, and all claimants to accept the proposed settlement.

9.     A Guardian of the Property has been appointed for the minor in Polk County Probate Court.

10.    A Guardian ad Litem was appointed by this Court to protect the best interests of the minor.  The Guardian ad Litem's redacted report is being filed contemporaneously herewith and finds that the settlement, attorneys' fees and costs, and the proposed allocation is reasonable.

11.    All interested persons have signed a consent to the entry of the Order Approving Settlement and Allocation or have otherwise received formal notice of this Petition.

WHEREFORE, Petitioner respectfully requests that this Honorable Court enter an Order as follows:

1.  Approving the proposed settlement;

2.  Approving the payment of attorney's fees and costs;

3.  Approving the allocation of the settlement proceeds as set out in this petition; and

4.  Authorizing the personal representative to execute releases, dismissals, and all other documents necessary to conclude this settlement.

Respectfully Submitted,


 s/Melody June Manning
Paul W. Rebein, Esq. (FBN: 0488003)
Melody J. Manning, Esq. (FBN: 0059248)
**Rebein Bangerter Rebein, P.A.**
102 W. Whiting Street, Suite 500
Tampa, Florida 33602
Telephone:  (813) 305-7285
Facsimile:  (813) 402-0288
E-mail:      Service@rbr3.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the <u>1st</u> day of <u>May</u>, 2014, I served the foregoing via

electronic mail on:


Hank B. Campbell, Esq.
Robert Aranda, Esq.
Valenti Campbell Trohn Tamayo and Aranda, P.A.,
P. O. Box 2369
Lakeland, FL 33806-2369
h.campbell@vcttalawyers.com
r.aranda@vcttalawyers.com
b.mckinley@vcttalawyers.com
k.arnold@vcttalawyers.com
r.westcott@vcttalawyers.com
t.bennett@vcttalawyers.com
Attorneys for Defendant Judd

Jennifer L. Phillips, Esq.,
Grower, Ketcham, Rutherford, Bronson, Eide & Telan, PA.,
P.O. Box 538065
Orlando, FL 32853-8065
jlphillips@growerketcham.com
phtelan@growerketcham.com
Attorneys for Defendants, CMS; Crystal Parker; Timothy M. McRae, M.D.

Michael A. Tonelli, Esq.
Barr, Murman, Tonelli, et al.
P.O. Box 172669
Tampa, FL 33672
Guardian ad Litem appointed on behalf of M.N., a minor

Richard Norris (via US mail)
113 Oleander Avenue
Auburndale, FL 33823

M.N. a minor, c/o Katie Stiles (via US mail)
604 Dixie Highway
Auburndale, FL 33823


                                       s/Melody June Manning